# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0444**

Damien Deshannon Turner v. State of Alabama (Appeal from Baldwin Circuit Court:  CC-22-813.70 and CC-22-932.70)

## NOTICE

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk